**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**ERIE INSURANCE PROPERTY AND**
**CASUALTY COMPANY,**

                  **Plaintiff,**

v.                                              **CIVIL ACTION NO. 2:18-cv-01422**
                                              The Hon. John T. Copenhaver

**INEZ LEWIS, in her individual capacity and as**
**Administratrix of the ESTATE OF TIMOTHY**
**JASON LEWIS, HOPE CLINIC, PLLC, a**
**West Virginia limited liability company, JAMES**
**H. BLUME, JR., D.O., TERESA EMERSON, FNP,**
**MARK A. CLARKSON, D.O., PAUL W. BURKE, JR., M.D.**
**And CROSS LANES FAMILY PHARMACY LLC**
**& POCA VALU RITE PHARMACY,**

                  **Defendants.**

## NOTICE

COMES NOW, the Plaintiff, Erie Insurance Property and Casualty Company ("Erie"), by counsel, Michelle E. Gaston, Esq., James E. McDaniel, Esq., and the law firm of Steptoe & Johnson PLLC, and provides notice to this Honorable Court of its understanding that further proceedings in this declaratory judgment action will be rendered unnecessary in the near future. Therefore, it is Erie's understanding that it need not file any expert witness disclosures.

                                              **ERIE INSURANCE PROPERTY**
                                              **AND CASUALTY COMPANY,**

                                              **By Counsel:**

                                              /s/ James E. McDaniel
                                              Michelle E. Gaston, Esq. (WVSB #7494)
                                              James E. McDaniel, Esq. (WVSB #13020)
**STEPTOE & JOHNSON PLLC**               P.O. Box 1588
     **Of Counsel**                           Charleston, WV  25326-1588
                                              Telephone:  304-353-8000
                                              Facsimile:  304-353-8180
                                              michelle.gaston@steptoe-johnson.com
                                               jim.mcdaniel@steptoe-johnson.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**ERIE INSURANCE PROPERTY AND
CASUALTY COMPANY,**

          **Plaintiff,**

v.                                              **CIVIL ACTION NO. 2:18-cv-01422
The Hon. John T. Copenhaver**

**INEZ LEWIS, in her individual capacity and as
Administratrix of the ESTATE OF TIMOTHY
JASON LEWIS, HOPE CLINIC, PLLC, a
West Virginia limited liability company, JAMES
H. BLUME, JR., D.O., TERESA EMERSON, FNP,
MARK A. CLARKSON, D.O., PAUL W. BURKE, JR., M.D.
And CROSS LANES FAMILY PHARMACY LLC
& POCA VALU RITE PHARMACY,**

          **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 20th day of June, 2019, I served the foregoing "Notice" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Timothy D. Houston, Esq. (WVSB #10858)<br>Kathy A. Brown, Esq. (WVSB #8878)<br>Brown Houston PLLC<br>P.O. Box 631<br>Charleston, WV 25322<br>*Counsel for Inez Lewis* | Thomas H. Peyton, Esq. (WVSB #8841)<br>Peyton Law Firm, PLLC<br>2801 First Avenue, P.O. Box 216<br>Nitro, WV 25143<br>*Counsel for Cross Lanes Family Pharmacy LLC and Poca Valu Rite Pharmacy* |
| Timothy R. Linkous, Esq. (WVSB #8572)<br>Stephanie J. Shepherd, Esq. (WVSB #9716)<br>Linkous Law, PLLC<br>179 Hanalei Drive, Suite 100<br>Morgantown, WV 26508<br>*Counsel for Paul W. Burke, Jr., M.D.* | Robert M. Sellards, Esq. (WVSB #9104)<br>John H. Zickefoose, Esq. (WVSB #12584)<br>Nelson Mullins Riley & Scarborough LLP<br>949 Third Avenue, Suite 200<br>P.O. Box 1856<br>Huntington, WV 25701<br>*Counsel for Hope Clinic PLLC and James H. Blume, Jr., D.O.* |

| | |
|---|---|
| Debra Kilgore, Esq. (WVSB #156)<br>P.O. Box 5129<br>Princeton, WV 24740<br>*Counsel for Teresa Emerson, FNP* | Thomas W. Smith, Esq. (WVSB # 3490)<br>Thomas W. Smith PLLC<br>P.O. Box 3925<br>Charleston, WV 25339<br>*Counsel for Mark A. Clarkson, D.O.* |

**ERIE INSURANCE PROPERTY AND CASUALTY COMPANY,**

**By Counsel:**

/s/ James E. McDaniel
Michelle E. Gaston, Esq. (WVSB #7494)
James E. McDaniel, Esq. (WVSB #13020)
P.O. Box 1588
Charleston, WV  25326-1588
Telephone:  304-353-8000
Facsimile:  304-353-8180
michelle.gaston@steptoe-johnson.com
jim.mcdaniel@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
**Of Counsel**