IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
At Charleston

**ERIE INSURANCE PROPERTY AND**
**CASUALTY COMPANY,**

       **Plaintiff,**

v.              **CIVIL ACTION NO. 2:18-cv-01422**
                The Hon. John T. Copenhaver

**INEZ LEWIS, in her individual capacity and as**
**Administratrix of the ESTATE OF TIMOTHY**
**JASON LEWIS, HOPE CLINIC, PLLC, a**
**West Virginia limited liability company, JAMES**
**H. BLUME, JR., D.O., TERESA EMERSON, FNP,**
**MARK A. CLARKSON, D.O., PAUL W. BURKE, JR., M.D.**
**And CROSS LANES FAMILY PHARMACY LLC**
**& POCA VALU RITE PHARMACY,**

       **Defendants.**

## STIPULATION AND AGREED ORDER OF DISMISSAL

This day came the parties, by their respective counsel of record, pursuant to Rule 41(a)(1)(A) of the *Federal Rules of Civil Procedure*, and announced to the Court their stipulation that this action be dismissed and stricken from the docket. There being no objection, the Court **ORDERS** that this action be, and it is, hereby **DISMISSED** and stricken from the docket of the Court. The parties understand and agree that they will pay their own attorney fees and any costs associated with this matter.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTERED this the _____ day of _____, 2019.

                _____
                Honorable John T. Copenhaver

Presented by:

/s/ James E. McDaniel
Michelle E. Gaston, Esq. (WVSB #7494)
James E. McDaniel, Esq. (WVSB #13020)
Steptoe & Johnson PLLC
707 Virginia Street, East
Chase Tower, 17th Floor
Post Office Box 1588
Charleston, WV  25326-1588
*Counsel for Erie Insurance*
*Property & Casualty Company*

/s/ Timothy D. Houston (w/ permission)
Timothy D. Houston, Esq. (WVSB #10858)
Kathy A. Brown, Esq. (WVSB #8878)
Brown Houston PLLC
P.O. Box 631
Charleston, WV 25322
*Counsel for Inez Lewis*

/s/ Stephanie J. Shepherd (w/ permission)
Timothy R. Linkous, Esq. (WVSB #8572)
Stephanie J. Shepherd, Esq. (WVSB #9716)
Linkous Law, PLLC
179 Hanalei Drive, Suite 100
Morgantown, WV 26508
*Counsel for Paul W. Burke, Jr., M.D.*

/s/ Debra Kilgore (w/ permission)
Debra Kilgore, Esq. (WVSB #156)
P.O. Box 5129
Princeton, WV 24740
*Counsel for Teresa Emerson, FNP*

/s/ Thomas H. Peyton (w/ permission)
Thomas H. Peyton, Esq. (WVSB #8841)
Peyton Law Firm, PLLC
2801 First Avenue, P.O. Box 216
Nitro, WV 25143
*Counsel for Cross Lanes Family Pharmacy LLC*
*and Poca Valu Rite Pharmacy*

/s/ John H. Zickefoose (w/ permission)
Robert M. Sellards, Esq. (WVSB #9104)
John H. Zickefoose, Esq. (WVSB #12584)
Bailes Craig Yon & Sellards PLLC
401 10th Street, Suite 500
The St. James Building
Huntington, WV 25701
*Counsel for Hope Clinic PLLC
and James H. Blume, Jr., D.O.*

/s/ Thomas W. Smith (w/ permission)
Thomas W. Smith, Esq. (WVSB # 3490)
Thomas W. Smith PLLC
P.O. Box 3925
Charleston, WV 25339
*Counsel for Mark A. Clarkson, D.O.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
At Charleston

**ERIE INSURANCE PROPERTY AND**
**CASUALTY COMPANY,**

        Plaintiff,

v.          **CIVIL ACTION NO. 2:18-cv-01422**
        The Hon. John T. Copenhaver

**INEZ LEWIS, in her individual capacity and as**
**Administratrix of the ESTATE OF TIMOTHY**
**JASON LEWIS, HOPE CLINIC, PLLC, a**
**West Virginia limited liability company, JAMES**
**H. BLUME, JR., D.O., TERESA EMERSON, FNP,**
**MARK A. CLARKSON, D.O., PAUL W. BURKE, JR., M.D.**
**And CROSS LANES FAMILY PHARMACY LLC**
**& POCA VALU RITE PHARMACY,**

        **Defendants.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 19th day of September, 2019, I served the foregoing "Stipulation and Agreed Order of Dismissal" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Timothy D. Houston, Esq. (WVSB #10858)<br>Kathy A. Brown, Esq. (WVSB #8878)<br>Brown Houston PLLC<br>P.O. Box 631<br>Charleston, WV 25322<br>*Counsel for Inez Lewis* | Thomas H. Peyton, Esq. (WVSB #8841)<br>Peyton Law Firm, PLLC<br>2801 First Avenue, P.O. Box 216<br>Nitro, WV 25143<br>*Counsel for Cross Lanes Family Pharmacy LLC and Poca Valu Rite Pharmacy* |
| Timothy R. Linkous, Esq. (WVSB #8572)<br>Stephanie J. Shepherd, Esq. (WVSB #9716)<br>Linkous Law, PLLC<br>179 Hanalei Drive, Suite 100<br>Morgantown, WV 26508<br>*Counsel for Paul W. Burke, Jr., M.D.* | Robert M. Sellards, Esq. (WVSB #9104)<br>John H. Zickefoose, Esq. (WVSB #12584)<br>Bailes Craig Yon & Sellards PLLC<br>401 10th Street, Suite 500<br>The St. James Building<br>Huntington, WV 25701<br>*Counsel for Hope Clinic PLLC and James H. Blume, Jr., D.O.* |

| | |
|---|---|
| Debra Kilgore, Esq. (WVSB #156)<br>P.O. Box 5129<br>Princeton, WV 24740<br>*Counsel for Teresa Emerson, FNP* | Thomas W. Smith, Esq. (WVSB # 3490)<br>Thomas W. Smith PLLC<br>P.O. Box 3925<br>Charleston, WV 25339<br>*Counsel for Mark A. Clarkson, D.O.* |

**ERIE INSURANCE PROPERTY AND CASUALTY COMPANY,**

**By Counsel:**

/s/ James E. McDaniel
Michelle E. Gaston, Esq. (WVSB #7494)
James E. McDaniel, Esq. (WVSB #13020)
P.O. Box 1588
707 Virginia Street, East, 17th Floor
Charleston, WV 25326-1588
Telephone: 304-353-8000
Telecopier: 304-353-8180
michelle.gaston@steptoe-johnson.com
jim.mcdaniel@steptoe-johnson.com

**STEPTOE & JOHNSON PLLC**
**Of Counsel**